

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10028*

February 5, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Leonard Ujkic*, **25 Cr. 110 (PKC)**

Dear Judge Castel:

      In accordance with the Court's instruction at yesterday's plea proceeding, please find attached a proposed order (the "Order") to modify the conditions of Leonard Ujkic's pretrial release. The parties consent to the entry of the Order and Pretrial Services has approved the Order's language.

                                   Respectfully submitted,

                                   JAY CLAYTON
                                   United States Attorney for the
                                   Southern District of New York

By:                                   
                                   Maggie Lynaugh
                                   Qais Ghafary
                                   Assistant United States Attorney
                                   (212) 637-2448 / 2534

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                             :

UNITED STATES OF AMERICA
                             :      **BAIL MODIFICATION ORDER**

      - v. -
                             :      25 Cr. 110 (PKC)

LEONARD UJKIC,
                             :

         Defendant.           :

------------------------------------- X

IT IS HEREBY ORDERED THAT, the conditions of release for defendant Leonard Ujkic (the "Defendant"), shall be modified [on consent] as follows:

(1) The Defendant shall refrain from the use of all alcohol;

(2) The Defendant shall participate in treatment at an inpatient substance abuse recovery center (the "Inpatient Treatment Program") for a minimum of 90 days, unless earlier termination is approved by U.S. Pretrial Services;

(3) The Inpatient Treatment Program may be either a private program of which U.S. Pretrial Services approves, or a program provided by U.S. Pretrial Services; and

(4) The Inpatient Treatment Program may be located in either Florida or New York.

Dated: New York, New York
       February 5 , 2026

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE